USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: MOTORS LIQUIDATION COMPANY,
f/k/a GENERAL MOTORS CORPORATION,

                          Debtor.

STANLEY R. STASKO,

                          Appellant,

          - against -

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION,

                          Defendant.

10 Civ. 4322 (JGK)

MEMORANDUM OPINION
AND ORDER

JOHN G. KOELTL, District Judge:

On June 1, 2010, the appellant filed an appeal to this
Court from a decision of the United States Bankruptcy Court for
the Southern District of New York (Gerber, J.) dated April 21,
2010.  The time for the appellant to file his brief in support
of the appeal was set for June 21, 2010.  The appellant did not
file a brief, and on August 23, 2010, his time to do so was
extended to September 20, 2010.  The appellant has not filed a
brief nor taken any other action to prosecute this case.
Accordingly, the appeal is dismissed without prejudice for
failure to prosecute.  See, e.g., Stoenescu v. Jablonsky, 162
F.R.D. 268 (S.D.N.Y. 1995); see also Lyell Theatre Corp. v.
Leows Corp., 682 F.2d 37, 43 (2d Cir. 1982).  If, however, the
appellant files by **November 15, 2010,** an application showing

good cause why an extension should be granted, then this order

of dismissal without prejudice shall be vacated and the case

restored to the Court's calendar.

**SO ORDERED.**

Dated:    New York, New York
           October 19, 2010

                                      John G. Koeltl
                    United States District Judge