UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: MOTORS LIQUIDATION COMPANY,
f/k/a GENERAL MOTORS CORPORATION,

                Debtor.

STANLEY R. STASKO,

                Appellant,

    - against -

MOTORS LIQUIDATION COMPANY, f/k/a
GENERAL MOTORS CORPORATION,

                Appellee.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2010

10 Civ. 4322 (JGK)

**MEMORANDUM OPINION
AND ORDER**

JOHN G. KOELTL, District Judge:

    On October 19, 2010, the Court entered an Order dismissing the appeal for failure to prosecute. The Order provided that the Order would be vacated and the case restored to the Court's calendar if the appellant filed by November 15, 2010, an application showing good cause why an extension should be granted. The Court has received the attached request for an extension from the appellant, in which he states that he did not receive the Court's prior correspondence. Accordingly, the October 19, 2010, Order of this Court is **vacated** and the Clerk is directed to restore this case to the Court's calendar. The appellant should file his brief by **November 29, 2010**. The appellee should respond by **December 20, 2010**. The appellant's

reply, if any, is due by **January 3, 2011.**

SO ORDERED.

Dated:     New York, New York
           November 5, 2010

_____
John G. Koeltl
United States District Judge